Patrick Hein (SBN 254431)
patrick.hein@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Telephone:  415.616.1100
Facsimile:   415.616.1199

Attorneys for Movant, Jackson Square Ventures, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACKSON SQUARE VENTURES, LLC,<br><br>                              Movant,<br><br>     v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>                              Respondents. | Case No. 3:23-mc-80194-LJC<br><br>**JOINT STIPULATION AND ORDER TO TRANSFER UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(F)** |

Movant Jackson Square Ventures, LLC ("JSV") and Respondents CoStar Group, Inc. and CoStar Realty Information, Inc. ("CoStar") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 30, 2023, CoStar served a document subpoena (the "Subpoena") on JSV in connection with an action currently pending the United States District Court for the Central District of California, *CoStar Group, Inc. v. Commercial Real Estate Exchange, Inc.*, No. 20-cv-8819 (C.D. Cal.) ("Underlying Litigation");

WHEREAS, the Subpoena was issued from the United States District Court for the Central District of California, where the Underlying Litigation is pending, in accordance with Rule 45(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS, the place of compliance for the Subpoena is San Francisco, California, which is within the jurisdiction of the United States District Court for the Northern District of California;

WHEREAS, on July 17, 2023, JSV served objections and responses to the Subpoena on CoStar;

WHEREAS, on July 21, 2023, JSV filed the above-captioned miscellaneous action and a motion to quash the Subpoena in the United States District Court for the Northern District of California pursuant to Rule 45(d) of the Federal Rules of Civil Procedure;

WHEREAS, JSV and CoStar consent to the transfer of JSV's motion to quash the subpoena to the United States District Court for the Central District of California, where the Underlying Litigation is currently pending, in accordance with Rule 45(f) of the Federal Rules of Civil Procedure; and

WHEREAS, JSV and CoStar further consent that JSV's motion to quash the Subpoena should be referred to and heard by the Special Master assigned to hear discovery matters in the Underlying Litigation, namely, the Honorable Suzanne H. Segal (Ret.), pursuant to the February 10, 2023 Order Appointing Special Master in the Underlying Litigation (Dkt. 329).

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, that the above-captioned miscellaneous action and

JSV's motion to quash the Subpoena be transferred to the United States District Court for the Central District of California to be referred to and heard by the Special Master, the Hon. Suzanne H. Segal (Ret.), assigned to discovery matters in the Underlying Litigation.

Dated:  July 25, 2023                                SHEARMAN & STERLING LLP

                                              By:   /s/ Patrick Hein
                                                    PATRICK HEIN

                                                    Attorneys for Movant JACKSON
                                                    SQUARE VENTURES, LLC

Dated:  July 25, 2023                                LATHAM & WATKINS LLP

                                              By:   /s/ Sarah A. Tomkowiak
                                                    NICHOLAS J. BOYLE
                                                    nicholas.boyle@lw.com
                                                    SARAH A. TOMKOWIAK
                                                    sarah.tomkowiak@lw.com
                                                    555 Eleventh Street, NW
                                                    Suite 1000
                                                    Washington, D.C. 20004
                                                    Tel: 202.637.2200

                                                    Attorneys for Respondents COSTAR
                                                    GROUP, INC. AND COSTAR REALTY
                                                    INFORMATION, INC.

   I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Respondents.

                                              By:   /s/        Patrick Hein
                                                    Patrick Hein

                                                    Attorneys for Movant JACKSON SQUARE
                                                    VENTURES, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    The above-captioned miscellaneous action and JSV's motion to quash the Subpoena are hereby transferred to the United States District Court for the Central District of California to be referred to and heard by the Special Master, the Hon. Suzanne H. Segal (Ret.), assigned to discovery matters in the Underlying Litigation.

Dated: July 26, 2023

_____
UNITED STATES DISTRICT JUDGE